IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COMMERCIAL BANK & TRUST COMPANY     PLAINTIFF

VS.     NO. 5:11-CV-059 JLH

UNITED NATIONS INSURANCE AGENCY, INC.
and EVERGREEN NATIONAL INDEMNITY COMPANY     DEFENDANTS

## ORDER OF DISMISSAL

Comes now before the Court upon the Motion of the Plaintiff and the Court being well and sufficiently advised as to all matters of law and fact doth find as follows:

1. That the parties hereto have reached an amicable settlement of this matter.

2. That this cause of action should be dismissed, with prejudice, pursuant to FRCP 41.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

_November 30, 2011_
DATE

APPROVED AND STIPULATED TO:

_____
HANI W. HASHEM
Attorney for Plaintiff

_____
JAMES HAMILTON
Attorney for Defendants